

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00261-CR
No. 02-22-00262-CR

LEE VAUGHN JR., Appellant

V.

THE STATE OF TEXAS

On Appeal from the 462nd District Court
Denton County, Texas
Trial Court No. F22-524-462, F22-525-462

## ORDER

On the court's own motion, it is ORDERED that the trial court clerk supplement the clerk's record to include all paperwork related to Vaughn's plea, conviction, and sentencing in the following cases: F21-1831-462 and F22-523-462. The supplemental clerk's record is due **Wednesday, February 8, 2023**.

We direct the clerk of this court to send a notice of this order to the attorneys of record and the trial court clerk.

Dated February 1, 2023.

Per Curiam